AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

ELOHIM EPF USA, INC., a California Corporation

*Plaintiff(s)*

v.

KARAOKE PHOENIX, INC., a California Corporation d/b/a B & G KARAOKE, "SEE ATTACHED"

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KARAOKE PHOENIX, INC., a California Corporation d/b/a B & G KARAOKE; SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian M. Grossman (State Bar No. 166681)
Brandon M. Tesser  (State Bar No. 168476)
Tesser | Grossman LLP
11990 Wilshire Blvd., Suite 220
Los Angeles, CA 90049
(310) 207-4558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

1 | BRANDON M. TESSER (SBN 168476)
          (brandon@tessergrossman.com)
2 | BRIAN M. GROSSMAN (SBN 166681)
          (brian@tessergrossman.com)
3 | TESSER | GROSSMAN LLP
    11990 San Vicente Boulevard, Suite 300
4 | Los Angeles, California 90049
    Telephone:  (310) 207-4558
5 | Facsimile:   (424) 256-2689

6 | Attorneys for Plaintiff
    ELOHIM EPF USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KARAOKE PHOENIX, INC., a California Corporation d/b/a B & G KARAOKE; JAE W. PARK, an individual; DEGOLMOK, INC., a California Corporation d/b/a DEGOLMOK NORAEBANG; JENNIFER BITTEL, an individual; SAEJIN WORLD, INC., a California Corporation d/b/a PARTY MUSIC; SAE JIN HAN, an individual; HYUN SOOK HAN, an individual d/b/a IMPERIAL PLUS KARAOKE; LEADING TOWN SDUS, INC., a California Corporation d/b/a CHORUS KARAOKE; KYUNG A. NAM an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR**<br><br>1. **DIRECT COPYRIGHT INFRINGEMENT**;<br><br>2. **CONTRIBUTORY COPYRIGHT INFRINGEMENT**;<br><br>3. **VICARIOUS COPYRIGHT INFRINGEMENT**;<br><br>4. **INDUCING COPYRIGHT INFRINGEMENT**<br><br>**JURY DEMAND** |

**COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                           _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: