JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KARAOKE PHOENIX, INC., a California Corporation d/b/a B & G KARAOKE; JAE W. PARK, an individual; DEGOLMOK, INC., a California Corporation d/b/a DEGOLMOK NORAEBANG; JENNIFER BITTEL, an individual; SAEJIN WORLD, INC., a California Corporation d/b/a PARTY KARAOKE; SAE JIN HAN, an individual; HYUN SOOK HAN, an individual d/b/a IMPERIAL PLUS KARAOKE; LEADING TOWN SDUS, INC., a California Corporation d/b/a CHORUS KARAOKE; KYONG A. NAM, an individual; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No.: 2:17-cv-00630-BRO-GJS <br><br> **ORDER RE: DISMISSAL** <br><br> Complaint Filed: January 26, 2017 <br><br> Trial Date: None Set |

**IT IS HEREBY ORDERED:**

1. The parties are obligated to comply with the terms of their settlement agreement entered into on March 15, 2017, the material terms of which are set forth in the accompanying stipulation filed by the parties;

2. By consent of the parties, the Court shall retain jurisdiction pursuant to <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 381-382 (1994) for the purpose of enforcing the terms of the settlement agreement through September 30, 2017;

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed in its entirety, with prejudice, as to all parties, all claims, and all counterclaims, and each party shall bear its own attorney's fees and costs.

Dated: March 30, 2017

_____
UNITED STATES DISTRICT COURT JUDGE