# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>          Plaintiff,<br><br>    vs.<br><br>KARAOKE PHOENIX, INC., a California Corporation d/b/a B & G KARAOKE; JAE W. PARK, an individual; DEGOLMOK, INC., a California Corporation d/b/a DEGOLMOK NORAEBANG; JENNIFER BITTEL, an individual; SAEJIN WORLD, INC., a California Corporation d/b/a PARTY KARAOKE; SAE JIN HAN, an individual; HYUN SOOK HAN, an individual d/b/a IMPERIAL PLUS KARAOKE; LEADING TOWN SDUS, INC., a California Corporation d/b/a CHORUS KARAOKE; KYONG A. NAM, an individual; and DOES 1 through 20, inclusive<br><br>          Defendants. | Case No. 2:17-cv-00630-TJH-GJS<br><br>[Hon. Terry J. Hatter, Crtrm. #9B]<br><br>**JUDGMENT [74]**<br><br>Complaint Filed: January 26, 2017 |

**JUDGMENT**

- 1 -

# JUDGMENT

Having reviewed the ex parte application of Plaintiff ELOHIM EPF USA, INC. ("Plaintiff"), the evidence presented before and at the time of the hearing, if any, and finding good cause therefore, the Court orders:

JUDGMENT is hereby entered pursuant to the Stipulation for Entry of Judgment against Defendants LEADING TOWN SDUS, INC. d/b/a CHORUS KARAOKE and KYONG A. NAM (collectively the "Chorus Defendants"), jointly and severally as follows:

In the total amount of $22,743.57 which consists of: a) the principal sum of $19,000.00; b) interest in the sum of $2,243.57; c) attorney's fees and costs in the sum of $1,500.00; plus post-judgment interest at the rate of 10% per annum and $5.21 per day.

**IT IS SO ORDERED.**

Dated: March 8, 2019

HON. TERRY J. HATTER, JR.
United States District Judge